# United States Bankruptcy Court
### Northern District of Illinois, Eastern Division

IN RE:  Lenore M Zappen                       )   Chapter 13
                                              )   Case No. 17 B 28865
Debtor(s)                                     )   Judge Deborah L. Thorne

## Notice of Motion

Lenore M Zappen
217 Wagner
Northlake, IL  60164

Debtor Attorney: David M Siegel
via Clerk's ECF noticing procedures

On February 21, 2018 at 10:30 am, I will appear at the location listed to the right, and present this motion.

> Dirksen Federal Building
> 219 South Dearborn
> Courtroom 613
> Chicago, IL  60604

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail or by the methods indicated on or before Wednesday, February 14, 2018.

/s/ MARILYN O. MARSHALL

MARILYN O. MARSHALL, TRUSTEE

## Motion to Dismiss Case For Unreasonable Delay

Comes now Marilyn O. Marshall, Standing Trustee, and requests that this case be dismissed, as Debtor(s) failed to file the required documents pursuant to 11 USC §521, §1307, §349, and Rule 3015, and in support thereof states the following:

1. Debtor(s) filed for Chapter 13 on 09/27/2017.

2. The debtor(s) have failed to maintain payments to the Trustee's office as required under 11 U.S.C. §1326.

3. The stay has been extended in this case and the debtor has failed to maintain timely plan payments.

4. The debtor's failure to confirm a plan in a timely manner constitutes unreasonable delay.

WHEREFORE, the Trustee prays that this case be dismissed, and for any and all other relief this court deems just and proper.

Office of the Chapter 13 Trustee
224 S Michigan Ave
Ste 800
Chicago, IL  60604
(312) 431-1300

/s/ MARILYN O. MARSHALL

MARILYN O. MARSHALL, TRUSTEE